**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Melvina Frazier Jr.,

    Plaintiff

v.

Marcus George, et al.,

    Defendants

Case No.: 2:22-cv-00277-JAD-EJY

**Order Adopting Report and Recommendation and Dismissing Complaint with Leave to Amend**

[ECF No. 3]

    The magistrate judge has screened Plaintiff Melvina Frazier Jr.'s complaint and recommends that this court dismiss it with leave to amend because the complaint is unreadable due to its poor photocopy quality and difficult-to-decipher handwriting.[1] The deadline to object to that recommendation was March 2, 2022, and Frazier filed nothing. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 3] is ADOPTED** in its entirety. The complaint [ECF No. 1-1] is DISMISSED with **leave to amend by April 11, 2022**. If Frazier does not file a legible amended complaint by that deadline in a manner consistent with the instructions in the Report and Recommendation, this case will be dismissed without further prior notice.

    _____
U.S. District Judge Jennifer A. Dorsey
Dated: March 11, 2022

---

[1] ECF No. 3.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).