# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Melvin Frazier, Jr.,

    Plaintiff

v.

Marcus George, et al.,

    Defendant

Case No.: 2:22-cv-00277-JAD-EJY

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 9]

    Pro se plaintiff Melvin Frazier, Jr. commenced this action by filing an incomplete application to proceed *in forma pauperis* (ifp) and an illegible complaint.[1] The ifp was denied without prejudice and the complaint was dismissed with leave to amend.[2] Magistrate Judge Elayna Youchah cautioned Frazier that if he failed to file a legible amended complaint and either pay the $402 filing fee or file a complete ifp application by April 11, 2022, she would recommend dismissing this case without prejudice.[3] Because Frazier filed nothing by that deadline, Judge Youchah now recommends that this case be dismissed.[4] The deadline for Frazier to object to that report and recommendation (R&R) was May 19, 2022, and he neither filed an objection nor moved for an extension of the deadline. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5] Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] ECF No. 1.
[2] ECF Nos. 3, 5.
[3] ECF No. 6.
[4] ECF No. 9.
[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the magistrate judge's R&R **[ECF No. 9] is ADOPTED** in its entirety.  This action is DISMISSED, and the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
June 14, 2022